JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SIMPLEHUMAN, LLC, a California Limited Liability Company, | Civil Action No. CV 12-4222-JFW (AJWx) |
| Plaintiff, | **ORDER** |
| v. | **GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| EKO DEVELOPMENT LIMITED, of Guangzhou, People's Republic of China, ADW ECOMMERCE, LLC, a Washington Limited Liability Company, and ANDERSON DAYMON WORLDWIDE, LLC, a Washington Limited Liability Company, | The Honorable John F. Walter |
| Defendants. | |

The Court, having considered Plaintiff, SimpleHuman, LLC, and Defendants ADW Ecommerce, LLC, Anderson Daymon Worldwide, LLC, and Eko Development Limited's stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause shown,

IT IS HEREBY ORDERED that this action be dismissed against Defendants ADW Ecommerce, LLC, Anderson Daymon Worldwide, LLC, and Eko Development Limited with prejudice.

**IT IS SO ORDERED.**

Dated: September 18, 2012

Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

-1-